**Order entered January 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00999-CV

**GREGORY CARL MORSE, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00127-2017**

## ORDER

Before the Court is Collin County District Clerk Stacey Kemp's January 15, 2019 request for an extension of time to file the clerk's record pending this Court's determination of appellee's January 9, 2019 motion to dismiss the appeal as moot. We **GRANT** the request and **SUSPEND** the deadline for filing the record. The Court will set a new deadline should it deny the motion to dismiss.

Appellant shall file any response to the motion to dismiss no later than January 25, 2019.

/s/     KEN MOLBERG
         JUSTICE